IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

PETER RAYMOND WILLIAMS,
  Defendant.

CRIMINAL FILE NO.
1:10-CR-326-5-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 207] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 201] as being untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 201] is DENIED as untimely. A Certificate of Appealability is DENIED.

SO ORDERED, this 9 day of June, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge